TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00727-CR






Anthony Wayne Brown, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT


NO. CR20666, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. F. Edward Brown, is ordered to tender a brief in this cause no later than June 7, 2004. 
No further extension of time will be granted.

It is ordered May 14, 2004.


Before Chief Justice Law, Justices Patterson and Puryeaer

Do Not Publish